AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Isaac CASTILLO<br><br>*Defendant(s)* | )<br>)<br>)  Case No. SA:15-mj-611<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2015__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(C) | Possession With Intent to Distribute Methamphetamine<br><br>PENALTIES: 0-20 years imprisonment, maximum $1,000,000 fine, minimum 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Smith / DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/22/2015__

_____
*Judge's signature*

City and state: __San Antonio, Texas__   PAMELA A. MATHY, US MAGISTRATE JUDGE
*Printed name and title*

Bryan Smith, BEING DULY SWORN, DEPOSES AND SAYS:

I am a Task Force Officer with the Drug Enforcement Administration (DEA), currently assigned to the San Antonio District Office in San Antonio, Texas. In addition to the basic law enforcement training I have also received advanced training regarding the controlled substance laws of the State of Texas and the United States. I have in the past been the affiant on affidavits in support of arrest warrants and complaints in state and federal courts.

On July 21, 2015, Bexar County Deputy George Herrera observed a 1994 Ford Ranger bearing Texas license plate DJB9179 traveling westbound on US Hwy 90 approaching 36th Street. Deputy Herrera initiated a traffic stop after the Ford Ranger disregarded a red light at intersection of US Hwy 90 and 36th Street.

Deputy Herrera made contact with the driver of the Ford Ranger, Isaac CASTILLO. Deputy Herrera ran CASTILLO for warrants and found that he had active traffic warrants. Deputy Herrera asked CASTILLO to exit the pickup truck. CASTILLO gave consent to search the pickup truck and explained that the pickup truck did not belong to him.

Deputy Herrera utilized his canine, Bosco, to conduct a free air sniff around the exterior of the vehicle. Bosco alerted to the front passenger side wheel well. Deputy Herrera took CASTILLO into custody for active traffic warrants and contacted TFO Smith.

TFO Smith arrived on scene and moved the vehicle to a better location so a thorough search could be conducted. As Deputy Herrera and other officers assisted in the search, TFO Smith and TFO Deslatte spoke to CASTILLO.

CASTILLO stated that whatever was inside the pickup truck did not belong to him. CASTILLO stated that he did not know what it was, but that it was probably narcotics. I read CASTILLO his Miranda Rights as witnessed by TFO Deslatte. CASTILLO stated he understood his rights.

I asked CASTILLO where the narcotics would be inside the pickup truck. CASTILLO pointed towards the front passenger wheel well.

The pickup truck was transported to the Bexar County Fleet Shop and was put on a lift. While maintenance and assisting deputies searched the pickup truck there were approximately ten (10) bundles wrapped in black tape, recovered from behind the front passenger wheel well. The bundles were hidden inside a false compartment built into the frame of the pickup truck.

The bundles had a total gross weight of 5,804 grams and tested positive for crystal methamphetamine.

CASTILLO was transported to the San Antonio City Magistrate's Office. On July 22, 2015, TFO Smith and TFO Deslatte took CASTILLO into custody after his release from the San Antonio City Magistrate's Office.

Bryan Smith, DEA TFO

Subscribed and sworn to on this the 22nd day of July, 2015.

PAMELA A. MATHY
U.S. MAGISTRATE JUDGE